# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>REUBEN KALEB ARAMBURO,<br><br>                Defendant. | CASE NO. 15CR1455-H<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal.

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

    8:1324(a)(2)(B)(ii);18:2

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 2, 2016

                                    Bernard G. Skomal
                                    U.S. Magistrate Judge